D+P

# AFFIDAVIT OF FACT



STATE OF NEW YORK     )
                      ) SS.
COUNTY OF _The Bronx_ )

17 Cr 300

_United States vs. Hector Cruz; 17Mj. 642(UA)_

Before the undersigned, a duly commissioned officer of the laws of New York, on this _8th_ day of _February_, 2018, personally appeared _Dennis Steele_ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

<u>Permission must be given by the Governor of the State of New York in advance before starting any action within the state in writing</u>.

FURTHER AFFIANT SAYETH NOT,

_[signature]_
Affiant's Signature

On this _8th_ day of _February_, 2018, before me personally appeared _Hector M. Cruz_ to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_[signature]_
Notary Public
State of New York, County of _New York_
My Commission Expires: _Jan 10 2021_

#1

RAMESH TADUVAI
NOTARY
NO. 01TA6121211
QUALIFIED IN NEW YORK COUNTY
COMM. EXP. 01-10-2021
STATE OF NEW YORK
PUBLIC

# AFFIDAVIT OF FACT

STATE OF NEW YORK            )
                             ) SS.
COUNTY OF __The Bronx__      )

United States vs. Hector Cruz; 17 Mj. 642 (UA)

Before the undersigned, a duly commissioned officer of the laws of New York, on this __8th__ day of __February__, 2018, personally appeared __Dennis Steele__ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

<u>In accordance with the Attorney Generals Hand Book you must have written permission from the Secretary of the Attorney General, before starting an action in the several states.</u>

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature

On this __8th__ day of __February__, 2018, before me personally appeared __Hector M. Cruz__ to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of __New York__
My Commission Expires: __Jan 10 2021__

#2

[Notary Seal: RAMESH TADUVAI, NOTARY, NO. 01TA6121211, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-10-2021, PUBLIC, STATE OF NEW YORK]

# AFFIDAVIT OF FACT

STATE OF NEW YORK            )
                             ) SS.
COUNTY OF The Bronx          )

United States vs. Hector Cruz; 17Mj. 642 (UA)

Before the undersigned, a duly commissioned officer of the laws of New York, on this 8th day of February, 2018, personally appeared Dennis Steele who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

44 U.S.C. 1505, There is no proof on the court record of your compliance with the federal register, to give you delegated authority.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature

On this 8th day of February, 2018, before me personally appeared Hector M. Cruz to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of New York
My Commission Expires: Jan 10 2021

#3

[Notary Seal: RAMESH TADUVAI, NOTARY, NO. 01TA6121211, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-10-2021, STATE OF NEW YORK, PUBLIC]

# AFFIDAVIT OF FACT

STATE OF NEW YORK )
) SS.
COUNTY OF  The Bronx )

United States vs. Hector Cruz; 17Mj. 642 (UA)

Before the undersigned, a duly commissioned officer of the laws of New York, on this 8th day of February, 2018, personally appeared Dennis Steele who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

Title 40 U.S.C. Section 102(9) excludes the public domain as being federal property.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature

On this 8th day of February, 2018, before me personally appeared Hector M. Cruz who me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of New York
My Commission Expires: Jan 10 2021

#4

# AFFIDAVIT OF FACT

STATE OF NEW YORK )
) SS.
COUNTY OF _The Bronx_ )

_United States vs. Hector Cruz; 17 Mj. 642 (UA)_

Before the undersigned, a duly commissioned officer of the laws of New York, on this _8th_ day of _February_, 2018, personally appeared _Dennis Steele_ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

Title 18 of the United States Code Section 7 defines the areas of which the United States has Special Maritime and Territorial Jurisdiction.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature

On this _8th_ day of _February_, 2018, before me personally appeared _Hector M. Cruz_, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of _New York_
My Commission Expires: _Jan 10 2021_

[Notary Seal: RAMESH TADUVAI, NOTARY, NO. 01TA6121211, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-10-2021, STATE OF NEW YORK PUBLIC]

#5

# AFFIDAVIT OF FACT

STATE OF NEW YORK            )
                             ) SS.
COUNTY OF __The Bronx__      )

__United States vs. Hector Cruz; 17Mj. 642 (UA)__

Before the undersigned, a duly commissioned officer of the laws of New York, on this __9th__ day of __February__, 2018, personally appeared __Dennis Steele__ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

Title 40 of the United States Code Section 3112 requires, that the state cede and that the United States accept Exclusive, Concurrent, Partial jurisdiction in order to exercise jurisdiction over these lands.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature

On this __9th__ day of __February__, 2018, before me personally appeared __Hector M. Cruz__ to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of __New York__
My Commission Expires: __Jan 10 2021__

#6

# AFFIDAVIT OF FACT

STATE OF NEW YORK         )
                          ) SS.
COUNTY OF The Bronx       )

United States vs. Hector-Cruz; 17 Mj. 642 (UA)

Before the undersigned, a duly commissioned officer of the laws of New York, on this 8th day of February, 2018, personally appeared Dennis Steele who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

Even the United States Manual understands that the Special Maritime and Territorial Jurisdiction of the United States must be made to appear on the face of the record.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature

On this 8th day of February, 2018, before me personally appeared Hector M. Cruz to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of New York
My Commission Expires: Jan 10 2021

#7

[Notary Seal: RAMESH TADUVAI, NOTARY, NO. 01TA6121211, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-10-2021, STATE OF NEW YORK]