# AFFIDAVIT OF FACT

STATE OF NEW YORK )
) SS.
COUNTY OF _The Bronx_ )

Before the undersigned, a duly commissioned officer of the laws of New York, on this _9th_ day of _February_, 2018, personally appeared _Hector M. Cruz_ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

"**All offices** attached to the seat of government **shall** be exercised **in the District of Columbia**, and **not elsewhere**, except as otherwise **expressly** provided by **law**." 4 U.S.C. § 72

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature
17 MAG 642 / 17 Cr. 300 (GWG)

On this _9th_ day of _February_, 2018, before me personally appeared _Hector M. Cruz_ to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of _New York_
My Commission Expires: _Jan 10 2021_

[Notary Seal: RAMESH TADUVAI, NOTARY PUBLIC, NO. 01TA6121211, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-10-2021, STATE OF NEW YORK]

# AFFIDAVIT OF FACT

STATE OF NEW YORK )
) SS.
COUNTY OF _The Bronx_ )

Before the undersigned, a duly commissioned officer of the laws of New York, on this _9th_ day of _February_, 2018, personally appeared _Hector M. Cruz_ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

There is no consent or contract upon the court record.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature
17 MAG 642/17 Cr. 300 (GWG)

On this _9th_ day of _February_, 2018, before me personally appeared _Hector M. Cruz_ to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of _New York_
My Commission Expires: _Jan 10 2021_

#10

# AFFIDAVIT OF FACT

STATE OF NEW YORK            )
                             ) SS.
COUNTY OF _The Bronx_        )


Before the undersigned, a duly commissioned officer of the laws of New York, on this _9th_ day of _February_, 2018, personally appeared _Hector M. Cruz_ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

In 1925 the United States of America, Inc. filed it's incorporation papers in the state of Florida, on July 15, 1925.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature
17 MAG-642 / 17 Cr. 300 (GWG)

On this _9th_ day of _February_, 2018, before me personally appeared _Hector M. Cruz_ to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of _New York_
My Commission Expires: _Jan 10 2021_

[Notary Seal: RAMESH TADUVAI, NOTARY, NO. 01TA6121211, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-10-2021, STATE OF NEW YORK, PUBLIC]

# AFFIDAVIT OF FACT

STATE OF NEW YORK          )
                           ) SS.
COUNTY OF The Bronx        )

Before the undersigned, a duly commissioned officer of the laws of New York, on this 9th day of February 2018, personally appeared Hector M. Cruz who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

There is no proof of a bond and a statutory agent for a foreign corporation United State of America Inc., or any other affiliation, or alias thereof.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature
17 MAG 642 / 17 Cr. 300(GWG)

On this 9th day of February, 2018, before me personally appeared Hector M. Cruz to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of New York
My Commission Expires: Jan 10 2021

#12

*[Notary Seal: RAMESH TADUVA, NOTARY PUBLIC, NO. 01TA6121211, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-10-2021, STATE OF NEW YORK]*

# AFFIDAVIT OF FACT

STATE OF NEW YORK )
                                      ) SS.
COUNTY OF _The Bronx_ )

Before the undersigned, a duly commissioned officer of the laws of New York, on this _9th_ day of _February_, 2018, personally appeared _Hector M. Cruz_ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

In the alleged violation there is no written proof of venue, that "The Bronx, NY" is within the Special Territorial Jurisdiction of the United States as required by 18 U.S.C. Section 7. (See 16 U.S.C. 475: 16 U.S.C. 480)

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature
17 MAG 642 / 17 Cr. 300 (GWG)

On this _9th_ day of _February_, 2018, before me personally appeared _Hector M. Cruz_, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of _New York_
My Commission Expires: _Jan 10 2021_

#11

(Notary seal: RAMESH TADUVAI, NOTARY PUBLIC, NO. 01TA6121211, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 01-10-2021, STATE OF NEW YORK)

# AFFIDAVIT OF FACT

STATE OF NEW YORK            )
                             ) SS.
COUNTY OF _The Bronx_        )

Before the undersigned, a duly commissioned officer of the laws of New York, on this _9th_ day of _February_ 2018, personally appeared _Hector M. Cruz_ who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

<u>I, Hector Cruz have the right to subrogation, and have it certified in writing upon the court record.</u>

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature
17 MAG 642 / 17 Cr. 300 (AWG)

On this _9th_ day of _February_, 2018, before me personally appeared _Hector M. Cruz_, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of _New York_
My Commission Expires: _Jan 10 2021_
#12

RAMESH TADUVAI
NOTARY
NO. 01TA6121211
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
01-10-2021
STATE OF NEW YORK
PUBLIC

# AFFIDAVIT OF FACT

STATE OF NEW YORK        )
                         ) SS.
COUNTY OF The Bronx      )

Before the undersigned, a duly commissioned officer of the laws of New York, on this 9th day of February, 2018, personally appeared Hector M. Cruz who having been first duly sworn, did depose and say:

I do solemnly swear under penalty of perjury and before all mighty God, that all facts are true and correct to the best of my knowledge and belief.

<u>Each Public Officer must provide an Appointment, Oath, and a Public Hazard Bond.</u>

FURTHER AFFIANT SAYETH NOT.

_____
Affiant's Signature
17 MAG 642/17 Cr. 300 (GWG)

On this 9th day of February, 2018, before me personally appeared Hector M. Cruz, to me known to be the person(s) described in and who executed the foregoing instrument, and acknowledged that he executed it as his free act and deed.

_____
Notary Public
State of New York, County of New York
My Commission Expires: Jan 10 2021

#14